USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MY INVESTMENTS LLC, :
:
                        Plaintiff, :
        -against- :
: 23-CV-4229 (VEC)
STARR SURPLUS LINES INSURANCE :
COMPANY, : ORDER
:
:
                     Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for Friday, July 21, 2023, will take place remotely at **10:45 A.M.**  All parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 4229.

**SO ORDERED.**

**Date: July 18, 2023**
**New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**