USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MY INVESTMENTS LLC,                                    :
                                                       :
                                    Plaintiff,         :
                    -against-                          :
                                                       :          23-CV-4229 (VEC)
STARR SURPLUS LINES INSURANCE                          :
COMPANY,                                               :          ORDER
                                                       :
                                                       :
                                    Defendant.         :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 21, 2023, the parties appeared for an Initial Pretrial Conference.

IT IS HEREBY ORDERED that, as discussed at the conference, the parties must meet

and confer and, by no later than **August 4, 2023**, file a joint letter proposing next steps with

respect to the choice-of-law issue.  The parties are instructed to consider, among the options

discussed at the conference, whether a motion by Defendant for judgment on the pleadings as to

Plaintiff's bad-faith damages count, *see* Amended Compl., Dkt. 9, Count B (alleging violations

of LSA-R.S. §§ 22:1892 and 22:1973), may also be a proper vehicle with which to proceed.

**SO ORDERED.**

Date:  **July 21, 2023**                                        **VALERIE CAPRONI**
       **New York, New York**                              **United States District Judge**