UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MY INVESTMENTS LLC<br><br>　　　　　　　　Plaintiff,<br><br>V.<br><br>STARR SURPLUS LINES INSURANCE COMPANY<br><br>　　　　　　　　Defendant. | Case No. 1:23-CV-04229-VEC |

### DECLARATION OF HANNAH (ELIZABETH) TROTT MADE PURSUANT TO 28 U.S.C. 1746

I, Hannah (Elizabeth) Trott, declare as follows:

1. I am employed by Starr Surplus Lines Insurance Agency, LLC, a member of Starr Companies, located at 3353 Peachtree Road NE, Atlanta, Georgia 30326. I hold the title of Senior Property Underwriter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could and would competently do so under oath. I am generally knowledgeable about the types of documents Starr keeps as business records as well as Starr's practices in maintaining records in the ordinary course of business.

2. The document attached as Exhibit A is true and accurate copy of an email kept in Starr's ordinary course of business.

3. The document attached as Exhibit B is true and accurate copy of an email kept in Starr's ordinary course of business.

4. The document attached as Exhibit C is a true and accurate copy of the Schedule of Values in connection with Policy No. SLSTPTY11503121 ("Policy") which Starr received from Kipala Webb, kept in Starr's ordinary course of business.

5. The documents attached as Exhibit D are true and accurate copies of emails kept in Starr's ordinary course of business.

6. I communicated and worked with Kipala Webb, Mandy Stewart, and/or other employees of Southern Hospitality Underwriters (A Division of CRC Group) to underwrite and bind the Policy. I did not communicate with Yogesh "Chris" Patel or any other members of My Investments LLC.

7. The Policy is signed by Timothy J. Drag who is the Assistant Vice President of Middle Market Property at Starr Companies. His office is located a Starr's principal office at 399 Park Avenue, New York, New York 10022.

8. The Policy was a renewal of a prior surplus lines policy issued by Starr to Plaintiff.

9. Starr received the premium payment for the Policy from CRC Group located in Grapevine, Texas. *See* Exhibit E, a true and accurate copy of a document kept in Starr's ordinary course of business.

10. My Investments renewed the Policy for the 2022 to 2023 policy year.

11. Exhibit F is a true and accurate copy of the Policy kept in Starr's ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 9/14/2023

*Elizabeth H. Trott*
Hannah (Elizabeth) Trott

62052951.1