USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MY INVESTMENTS LLC,** <br>     **PLAINTIFF,** <br><br> **VERSUS** <br><br> **STARR SURPLUS LINES INSURANCE COMPANY,** <br>     **DEFENDANT.** | **CIVIL ACTION NO.: 1:23-cv-04229- VEC** <br><br><br><br> **ORDER GRANTING MOTION TO CONSOLIDATE CASES** |

**************************************

VALERIE CAPRONI, United State District Judge:

IT IS HEREBY ORDERED that the Unopposed Motion to Consolidate filed by Plaintiff is hereby GRANTED.

IT IS FURTHER ORDERED that the case of this same court entitled: *Lakshmi, LLC, et al vs. Starr Surplus Lines Insurance Company*, case number 1:23-cv-07636, be consolidated with the above captioned case. The above captioned number, namely case number 1:23-cv-04229-VEC will be the controlling case for the two consolidated cases.

No further filings shall be made under case number 1:23-cv-07636, which file shall be administratively closed. All pleadings filed in case number 1:23-cv-07636 maintain their legal relevance. Any further pleadings received from the Clerk's Office for case number 1:23-cv-07636 shall be filed in this consolidated case, case number 1:23-cv-04229-VEC.

New York, New York, this  7  day of  December . 2023

                                                                      _____
                                                               UNITED STATES DISTRICT JUDGE