```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/07/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MY INVESTMENTS LLC,                                :
                                                   :
                              Plaintiff,           :
        -against-                                  :           23-CV-4229 (VEC)
                                                   :
STARR SURPLUS LINES INSURANCE                      :
COMPANY,                                           :
                                                   :
                              Defendant.           :
-------------------------------------------------------------- X

-------------------------------------------------------------- X
LAKSHMI, LLC, PINNACLE LODGING, LLC,               :
HAMMOND LODGING, LLC, GONZALES                     :
LODGING, LLC, GONZALES HOME 2                      :
LODGING, LLC, LAKSHMI HOSPITALITY,                 :
LLC, LAKSHMI OF COVINGTON, LLC, and                :
HOLIDAY INN COVINGTON, LLC,                        :           23-CV-7636 (VEC)
                                                   :
                              Plaintiffs,          :
                                                   :
        -against-                                  :
                                                   :
STARR SURPLUS LINES INSURANCE                      :
COMPANY,                                           :
                                                   :
                              Defendant.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

## **ORDER**

WHEREAS on September 1, 2023, Plaintiff MY Investments, LLC moved for partial summary judgment as to whether New York law or Louisiana law governs this dispute, Dkt. 54;

WHEREAS on August 28, 2023, the case numbered 23-CV-7636 was filed as related to the case numbered 23-CV-4229, *see* No. 23-CV-7636, Dkts. 1, 3;

WHEREAS on December 7, 2023, the Court consolidated the above-captioned cases, Dkt. 65; and

1

WHEREAS MY Investments, LLC, has not filed its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

IT IS HEREBY ORDERED that, not later than **March 15, 2024**, the parties must file a joint letter stating (1) whether the Lakshmi Plaintiffs seek to join MY Investment, LLC's motion for partial summary judgment and (2) whether the parties seek a determination of which law applies to the claims brought by all Plaintiffs or just those brought by MY Investment, LLC.

IT IS FURTHER ORDERED that, not later than **March 15, 2024**, MY Investment, LLC must file its Rule 7.1 Disclosure Statement.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully amend the case caption as follows:

```
---------------------------------------------------------------X
MY INVESTMENTS, LLC, LAKSHMI, LLC,            :
PINNACLE LODGING, LLC, HAMMOND                :
LODGING, LLC, GONZALES LODGING, LLC,          :
GONZALES HOME 2 LODGING, LLC,                 :
LAKSHMI HOSPITALITY, LLC, LAKSHMI OF          :
COVINGTON, LLC, and HOLIDAY INN               :     23-CV-4229 (VEC)
COVINGTON, LLC,                               :
                                              :
                            Plaintiffs,       :
                                              :
              -against-                       :
                                              :
STARR SURPLUS LINES INSURANCE                 :
COMPANY,                                      :
                                              :
                            Defendant.        :
---------------------------------------------------------------X
```

**SO ORDERED.**

Date:  **March 7, 2024**            _____
       **New York, New York**             **VALERIE CAPRONI**
                                     **United States District Judge**

2