UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

MY INVESTMENTS LLC, LAKSHMI, LLC, :
PINNACLE LODGING, LLC, HAMMOND :
LODGING, LLC, GONZALES LODGING, LLC, :
GONZALES HOME 2 LODGING, LLC, :
LAKSHMI HOSPITALITY, LLC, LAKSHMI OF :        23-CV-4229 (VEC)
COVINGTON, LLC, and HOLIDAY INN :
COVINGTON, LLC, :                               ORDER
                            Plaintiffs, :
                                        :
              -against-                 :
                                        :
STARR SURPLUS LINES INSURANCE           :
COMPANY,                                :
                                        :
                            Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 10, 2026, the parties appeared for a conference.

IT IS HEREBY ORDERED that the deadlines to complete both fact and expert discovery

are ADJOURNED to **September 30, 2026**.  These deadlines will not, under any circumstances,

be adjourned again.

IT IS FURTHER ORDERED that, on the first business day of each month before the

close of discovery, the parties must file a joint status update (not longer than three pages)

explaining (1) what discovery has been completed in the prior month, (2) what discovery the

parties expect to complete in the upcoming month, and (3) any discovery-related issues that have

arisen or that the parties anticipate may arise in the upcoming month.  The first such letter is due

**May 1, 2026**; it should include interim deadlines for all document productions, depositions, and

expert reports.  To the extent disputes arise over the course of discovery that require the Court's

intervention, the parties are reminded to follow the procedure set forth in Rule 3.B of the

Undersigned's Individual Practices in Civil Cases.

2

IT IS FURTHER ORDERED that the parties must appear for a post-discovery conference on **Friday, October 2, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The pre-conference joint letter is due **September 24, 2026**.  The Court will enter a separate order referring this case for a settlement conference before Magistrate Judge Wang.

**SO ORDERED.**

**Date:  April 10, 2026**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

2