UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MY INVESTMENTS LLC, LAKSHMI, LLC, PINNACLE LODGING, LLC, HAMMOND LODGING, LLC, GONZALES LODGING, LLC, GONZALES HOME 2 LODGING, LLC, LAKSHMI HOSPITALITY, LLC, LAKSHMI OF COVINGTON, LLC, and HOLIDAY INN COVINGTON, LLC,<br>Plaintiffs,<br><br>-against-<br><br>STARR SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | 23-CV-4229 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 2, 2026, the parties appeared for a conference.

IT IS HEREBY ORDERED that each Parties' respective *Daubert* motions, if any, are due no later than **November 13, 2026**. Responses to *Daubert* motions are due **December 11, 2026**. The Parties' replies are due **January 6, 2027**. The Parties are permitted one consolidated *Daubert* motion each containing all relief sought as to exclusion of expert witnesses in this matter.

**SO ORDERED.**

**Date: October 2, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**