ROBINS KAPLAN LLP

5760 I-55 NORTH
SUITE 300
JACKSON, MS 39211

612.349.8500 TEL
612.339.4181 FAX
ROBINSKAPLAN.COM

MEMO ENDORSED

LEE ANN C. THIGPEN
601 942 1976 TEL 1.800.553.9910
LTHIGPEN@ROBINSKAPLAN.COM
ADMITTED IN LOUISIANA, MISSISSIPPI AND TEXAS. NOT YET ADMITTED IN MINNESOTA.

November 13, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 70007

**Re:** ***My Investments, LLC et al. v. Starr Surplus Lines Company;*** **Cause No. 23-04229-VEC; Unopposed Request for Extension to Daubert Motion Deadline**

Dear Judge Caproni:

As you are aware, this firm represents Defendant Starr Surplus Lines Insurance Company ("Starr") in the above matter. The parties' Daubert Motion deadline is today, November 13, 2026 [ECF 121].

We write to request an extension of one business day for all parties to file our Daubert Motions and would show unto the Court the following:

1. The current deadline to file Daubert Motions in this matter is today, Friday, November 13, 2026.
2. On Thursday, November 12, Microsoft 365 Office products experienced a global outage affecting the ability of users to access emails, documents, other team members, etc.
3. Starr's counsel, Robins Kaplan, was significantly impacted by this outage in its final brief preparations, including exhibit gathering, and other preparation for filing its Daubert motion today. We were unable to utilize Outlook email, to access the brief we plan to file today for revision and drafting, and to access many of the documents we plan to use for exhibits to the motion. This has created an emergency situation since we essentially lost a day of work on the motion.
4. This outage was unexpected and affected users of Microsoft worldwide according to AP reports.
5. Because of this, Starr respectfully requests that the Court extend the Daubert Motion filing date by one business day, until Monday, November 16, 2026 for both Starr and Plaintiffs. The response and reply dates can remain unchanged.
6. Starr has consulted with counsel for Plaintiffs who have advised that they have no objection to this request.

Starr respectfully requests that the Court extend the Daubert Motion filing deadline from Friday, November 13 until Monday, November 16 with any response and reply deadlines to remain the same.

Sincerely,

Lee Ann C. Thigpen
Partner

Application GRANTED.

SO ORDERED.

11/13/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE